IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| R. JOSEPH DELMEDICO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF BETHANY BEACH, | : | |
| a municipal corporation of the | : | |
| State of Delaware; | : | |
| CHIEF MICHAEL REDMON, | : | C.A. No. 07-016 JJF |
| both individually and in his official | : | |
| capacity as the Chief of the Bethany | : | |
| Beach Police Department; | : | |
| JOANNA ROBERTSON, an | : | |
| individual residing in the state of | : | |
| Delaware; and RALPH MITCHELL, | : | |
| both individually and in his official | : | |
| capacity as the Public Safety Director | : | |
| for the town of Bethany Beach, | : | |
| | : | |
| Defendants. | : | |

## VOLUNTARY DISMISSAL PURSUANT TO RULE 41 (a) (1)

I, the undersigned *pro se* Plaintiff, pursuant to Rule 41 (a) (1) hereby voluntarily dismiss this case with prejudice. None of the Defendants have entered an appearance in this action.

*[signature]*
R. Joseph DelMedico
316 Wellington Parkway
Bethany Beach, DE 19930

*pro se* Plaintiff

Dated: February 23, 2007